SPEAR & Co., INC., Respondent, *v.* ELETO BUILDING CORPORATION et al., Appellants.

Submitted July 19, 1945; decided October 4, 1945.

*Rudolph L. von Bernuth* and *Ernest J. Ellenwood* for motion.

*Kenneth C. Newman* and *Benjamin Newman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.